IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| Andre Smiley, : | |
| : | |
| Plaintiff(s), : | |
| : | Case Number: 1:14cv191 |
| vs. : | |
| : | Chief Judge Susan J. Dlott |
| Government Seal, et al., : | |
| : | |
| Defendant(s). : | |

ORDER

The Court has reviewed the Report and Recommendation of United States Magistrate Judge Stephanie K. Bowman filed on March 13, 2014 (Doc. 4), to whom this case was referred pursuant to 28 U.S.C. §636(b), and noting that no objections have been filed thereto and that the time for filing such objections under Fed. R. Civ. P. 72(b) expired March 31, 2014, hereby ADOPTS said Report and Recommendation.

Accordingly, plaintiff's complaint is DISMISSED pursuant to 28 U.S.C. §1915(e)(2)(B), with notice to plaintiff that he is subject to sanctions if he continues to file frivolous lawsuits with this Court, including, but not limited to, a pre-filing restriction that will prohibit the filing of any additional complaints without leave of Court.  It is also ORDERED that the Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that an appeal of any Order adopting the Report and Recommendation will not be taken in good faith, therefore, denying plaintiff leave to appeal *in forma pauperis*.  *See McGore v. Wrigglesworth*, 114 F.3d 601 (6th Cir. 1997).

IT IS SO ORDERED.

          ___s/Susan J. Dlott_____
          Chief Judge Susan J. Dlott
          United States District Court